UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br>        Plaintiff,<br>   v.<br>76 ORINDA, et al.,<br>        Defendants. | Case No. 17-cv-03779-VC<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 26 |

The deadline for the joint site inspection is extended to April 27, 2018. All other deadlines under General Order 56 are reset in accordance with this new date for the joint site inspection.

**IT IS SO ORDERED.**

Dated: March 28, 2018

VINCE CHHABRIA
United States District Judge