UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>76 ORINDA, et al.,<br><br>        Defendants. | Case No. 17-cv-03779-VC<br><br>**ORDER GRANTING REQUEST TO FILE NEW OPPOSITION BRIEF**<br><br>Re: Dkt. No. 111 |

The opposition brief (Dkt. No. 109) exceeds the 15-page limit on briefs. It is to be removed from the docket. The defendants are ordered to file a new opposition brief by close of business on Tuesday, September 3, 2019. The brief should be no more than 15 pages (excluding the title page, table of contents, table of authorities, and exhibits).

**IT IS SO ORDERED.**

Dated: August 30, 2019

VINCE CHHABRIA
United States District Judge