UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>76 ORINDA, et al.,<br><br>   Defendants. | Case No. 17-cv-03779-VC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STAY AND MOTION TO AMEND/CORRECT THE JUDGMENT**<br><br>Re: Dkt. Nos. 139, 147 |

  1. The Judgment is amended to add "Orinda Gas Station, Inc." as a judgment debtor. *See* Dkt. Nos. 131, 126. The motion to add the individual defendants as judgment debtors is denied without prejudice. The plaintiff may renew her motion if the debt remains unsatisfied after the appeal has been decided.

  2. The Court is persuaded that a stay without a bond puts the plaintiff at a substantial risk of injury. Accordingly, the Court declines to waive the security requirement. If the defendants wish to stay the execution of the judgment, they must post a bond equal to 125% of the fee award. *See Am. Civil Liberties Union of Nevada v. Masto*, 670 F.3d 1046, 1066 (9th Cir. 2012) (explaining that the defendants are entitled to a stay as a matter of right upon appeal and posting of a sufficient bond). The execution of the judgment is stayed for 14 days from the date of this order.

  **IT IS SO ORDERED.**

Dated: January 21, 2020

_____
VINCE CHHABRIA
United States District Judge